# MINUTE ORDER

Page 4

## Chief Magistrate Judge John J. O'Sullivan

Atkins Building Courthouse - 5th Floor _Released_   Date: 3/10/21   Time: 1:30 p.m.

Defendant: 3) Julio Lopez   J#: 33855-509   Case #: 21-20106-CR-SCOLA
AUSA: Josh Rothman   Attorney:
Violation: Conspiracy to Commit Mail and Wire Fraud, Mail Fraud   Surr/Arrest Date: 3/10/21   YOB: 1967

Proceeding: Initial Appearance   CJA Appt: Jordan Lewin
Bond/PTD Held: ☐ Yes ☑ No   Recommended Bond:
Bond Set at:   Co-signed by: Jeanette Almaguer

- ☑ Surrender and/or do not obtain passports/travel docs
- ☑ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
- Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☑ No firearms - to remove
- ☐ Not to encumber property
- ☑ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: protective order in
- ☑ Other: abide by proto. No emp. Clinical

Language: Spanish

Disposition:
Jordan Lewin, CJA from 17-2397-AMS
— to be reappointed  Δ sworn.
Δ consent, Vtc.
Brady Warning.
CJA chsl appt.
Govt—
Stip.
$75K PSB.
Court sets.
Bond papers by mon @ noon.
Δ may continue employment at current company.

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing: Δ to rpt to 9th Floor - USPO - upon release
Prelim/Arraign or Removal: 3/19 10AM   research field, except present position
Status Conference RE:
D.A.R. 13:33:22   Time in Court: 14

s/John J. O'Sullivan   Chief Magistrate Judge