UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-20106-CR-RNS

UNITED STATES OF AMERICA

vs.

**JULIO LOPEZ,**

        Defendant.

_____/

**VERDICT**

We, the Jury, unanimously find as follows as to the Defendant **JULIO LOPEZ**:

**COUNT 1:  Conspiracy to Commit Mail and Wire Fraud**

_____       ✓ _____
GUILTY                      NOT GUILTY

If you find the Defendant not guilty as to Count 1, move on to Count 2. If you find the Defendant guilty as to Count 1, please indicate which offense(s) the Defendant conspired to commit:

We, the Jury, unanimously find that the Object of the Conspiracy was:

_____
MAIL FRAUD

_____
WIRE FRAUD

**COUNT 2:  Mail Fraud**

_____       ✓ _____
GUILTY                      NOT GUILTY

**SO SAY WE ALL.**

Dated this ___18___ day of May, 2023.

_____          _____
Foreperson's signature                                    Foreperson's number